PD-0204-15

To The Clerk of the Criminal Court of Appeals

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 02 2015

Abel Acosta, Clerk

Dear Clerk, Abel Acosta

This Cover head Letter is To assure you

That there is (11) Copies Sent To you Today Feburary 23 2015.
Please Note That I am also a M.H.M.R and My Psychologist
Consulor is Mr. Hernandez and phycologist Dr. Fong.

Sincerely Manuel B Munoz Jr

TDCJ 1505156
425u Garza West Hwy 202
BeeVille Tx, 78102

FILED IN
COURT OF CRIMINAL APPEALS

MAR 03 2015

Abel Acosta, Clerk

P.S, MR. ABEL ACOSTA

Today I Recieve a retured Copy of Fisher cite as 198 Sw3d 332
Tex App Texarkana 2006 In which This cite was Stolen out of
My Locker along with Several Sargeant Request Forms I ran
off from My Nieces house be fore I Left Jail I am More
than Sure That you with Power To obtain access To The
Record of Bexar County Adult Detention Center Can obtain
The date of The Trial Set for The Failure To Stop and
Render Aid, It Just So happen That because of The delay
of The 4th Court of Appeal. That I decided To Write S,C,F,O
To Show Them This cite, STATE v Fisher, as Thier is No Remdy To
Cure his Delay for Trial or Speedy Trial, Motions That I
had already filed as I will Submit This as proof, STATE v Fisher
cite as 198 S.W.3d 332. Thank you Sincerely Manuel B Munoz Jr

Appellant Manuel G Munoz JR    Cause No 2014 Cr 204 relys on State v Fisher.
        VS                     State V. Fisher. Cite as 198 SW. 3d 332   Tex, App-Texarkana 2006,
STATE of TEXAS Appellee                 Speedy Trial Remedy

Defendant filed motion to dismiss charges against him, stemming from his arrest for F.T.S.R.A.

Defendant asserts that his due Process guaranteed Rights To a Speedy Trial had been Violated. That defendant had filed many motions Two of which were Speedy Trial motions. Defendant also asserts that by law he was not Indicted within the required 180 days while in Jail Blue Warrant Hold. That over (9) months and Several days Past that his Two ineffective assistance of Counsel and the District Attorney of the record Violated his Due Process guaranteed Rights To a fair Hearing To be given Notice of Such Indictment

1. Habeas Corpus Key 271
    A defendant is not entitled To Habeas Corpus relief if he has an adequate remedy at Law.
2. Criminal Law. Key 1024 (2)
    When trial Court granted defendants motion To dismiss and dismissed felony for F.T.S.R.A. in which The District Court 437 TH Had no Jurisdiction To Convict defendant for Said Misdemeanor in a felony Court. That felony Charges state Could Properly invoke its Statutory right of appeal as dismissed dismissal order Constituted a final, dispositive, and appealable order.
3. Criminal Law Key ███ S 77.4
    Sixth Amendment guarantees an Accused's right To a speedy Trial US C A  Const, Amend. 6.
4. Criminal Law Key S 77.4
    State Constitution guarantees The Accused in all Criminal prosecutions the right To a Speedy Trial and Public trial Vernon's Ann. Texas Const. Art. 1 § 10

TO. THE CLERK of The criminal Court of Appeals of TEXAS
MR. ABEL Acosta
P.O. Box 12308
Austin TEXAS 78711

Re: DEAR MR. Acosta                           02.23.2015

PETiTioneR, Manuel G Munoz Jr., request his Petition For Discretionay
REVIEW For The Following Reasons, Three Authorities Points of Errors
In Ground one. Ineffective Assistance of Counsel.
Authorities To Point and Error one: Illegal Convintion and Sentence
For The Misdemeanor Failure To render Aid. Defective Indictment.
Authorities To Point and Error TWO! No Jurisdriction. The District Court
had No Jurisdriction, As Petitioner Contends That he was not Properly
Arraigned before a Magistrate Judge For The offense in which were
Alleged against Petitioner. In effective Assistance of Counsel
Authorities To Point and Error Three: Petitioner complains That his Due
Process rights were violated under his Fourteeth Amendment of United State
Constitution. That PreTrial MoTions were set by Ineffective Assistance of
Counsel, on, July 17, 2014. As Petitioner Contends Trial was Set For Sept.05,
2014. PETiTioner wishes To bring all matters Disclosed into The light in
his Said 11.07 Writ of Habeas Corpus and his Said MEMorandum and Brief
PETiTioner Prays That The Judges of The Honorable Court of Criminal
Court of Appeals Grant his Said Petition for Discretionary review.
To Correct his Three Point of Errors in Ground one. As Petition Prays
He be granted relief and any thing else. That Maybe Available Zo receive.

                                    Sincerely  Manuel D Munoz
                                    TDCJ No# 1505756
                                    4250 GArza West
                                    Hwy 202
                                    BeeVille TX, 78102

To. THE Clerk of the Criminal Court of Appeals of TEXAS
  MR. ABEL Acosta
  P.O. Box 12308
  Austin Texas, 78711


    Re: DEAr Mr. Acosta


I PETiTioner _Manuel D Munoz Jr_, request his PETiTion For Discretionary Review For The Following reasons. Three Authorities Points of errors. In Ground one: Ineffective Assistance of CounseL.
Authorities, To Point and Error One: Illegal Conviction and Sentence. For Misdemeanor. Failure To STOP and Render Aid. "Defective Indictment."
Authorities To Point and Error TWO: No Jurisdiction. The District Court had no Jurisdiction. As PETiTioner Contends that he was not Properly Arraigned before a Magistrate Judge For The offense in which were alleged against PETiTioner.

Authorities To Point and Error Three: PETiTioner Complains That his Due Process Rights were violated. Under his Fourteenth Amendment. of the United States Constitution. That PreTrial Motions were Filed by Ineffective Assistance of CounseL. On. July 17, 2014. As PETiTioner Contends Trial was Set For September 05.2014. PETiTioner wishes To bring all Matters disclosed in To The Light in his Said 11.07 Writ of Habeas Corpus and his Said Memorandum and Brief. Petitioner Prays, That The Judges of The Honorable Court of Criminal Court of Appeals Grant his Said PETiTion for Discretionary Review. To Correct his Three Points of Errors in Ground one.. As PETitioner Prays he be Granted relief and Anything Else That Maybe Entitled and Avaible To recieve.

                              Sincerely, _Manuel D Munoz Jr_
                              T.D.CJ No# 1505156
                              4250 GArZa West
                              HWY 202
                              BEEville Tx. 78102.

To The Clerk of the Court of Court of Criminal of Appeals of Texas
MR. ABEL Acosta
P.O. Box 12308
Austin Texas 78711


Re: Dear Mr. Acosta                          Date 02 23-2015


   I Petitioner Manuel G. Munoz JR, request his Petition for
Discretionary Review For The Following reasons. Three Authorities Points of
Error. In Ground one: Illegal Conviction and Sentence For The Misdemeanor
Failure To Stop and Render Aid. Defective Indictment.
Authorities To Point an Error Two! No Jurisdiction. The District Court had no
Jurisdiction. As Petitioner Contends That he was not Properly Arraigned
before a Magistrate Judge For The offense in which were alleged
against Petitioner. Ineffective Assistance of Counsel.
Authorities To Point and Error Three: Petitioner Complains that his
Due Process Rights were Violated under his fourteenth Amendment of the
United State Constitution. That Pre Trial Motions were Filed and That
Trial was Set for September 05 2014. On July 17, 2014 before The Judge
of District Court 437 TH. Petitioner wishes To bring all Matter disclosed
in To The Light of his said 11.07 Writ of Habeas Corpus And his said
Memorandum and Brief Petitioner Prays That The Judges of the Honorable
Court of Court of Criminal Appeals of Texas Grant his Said Petition
For, Discretionary Review To Correct all Three Points of Errors in
Ground one. As Petitioner Prays he be granted Relief and anything Else
he Maybe Entitled To recieve.

                                   Sincerely Manuel G Munoz Jr
                                    TDCJ 1505156
                                      4250 Garza West
                                      HWY 202
                                      Beeville TX 78102

.To The clerk of the Court of Court of Criminal of Appeals of Texas
MR. ABEL Acosta
P.O. Box 12308
Austin Texas 78711                    Date  02 23-2015

        Re: Dear Mr. Acosta

    I Petitioner Manuel G. Muñoz JR. request his Petition for
Discretionary Review For The Following Reasons Three Authorities Points of
Errors In Ground one:  Illegal conviction and sentence For The
Misdemeanor Failure To Stop and render Aid. "Defective Indictment.
Authorities To Point and Error Two! No Jurisdiction. The District Court had no
Jurisdiction. As Petitioner Contends That he was not Properly Arraigned
before a Magistrate Judge. For The offense in which were alleged against.
Petitioner.  Ineffective Assistance of Counsel

Authorities to Point and Error Three: Petitioner Complains that his Due
Process Rights were violated under his fourteenth Amendment of the United
States Constitution. That Pre Trial Motions Were File and Trial was Set
For September 05-2014. On July 17. 2014 before The Judge of District Court
437TH. Petitioner Wishes To bring all Matter disclosed in To The Light in
his Said 11.07 Writ of Habeas Corpus and his Said Memorandum and Brief.
Petitioner Prays That The Judges of The Honorable Court of Court of Criminal
Appeal of Texas Grand his Said Petition for Discretionary Review.
To Correct all Three Points of errors in Ground one. As Petitioner Prays
he be granted relief and anything Else he May be Entitled To recieve.

                              Sincerely  Manuel D Muñoz Jr.
                              TDCJ No#1505156
                              4250 Garza West
                              HWY 202
                              Beeville Texas 78102

To. The Clerk of The Criminal Court of APPEALS of TEXAS.
  Mr. ABEL Acosta
  P.O. Box 12308
  Austin TEXAS 78711

02 23 2015

  Re: Dear Mr Acosta

  I. PETiTioner, Manuel G. Munoz JR request his Petition for Discretionary Review For the Following Reasons Three Authorities Point of Errors In Ground One: Illegal Conviction and Sentence For Misdemeanor Failure To STop and Render Aid "Defective Indictment Authorities To Point and Error Two: No Jurisdiction. The District Court had no Jurisdiction. As PETiTioner Contends That he was not Properly arraigned before a Magistrate Judge For the offense in which were alleged against PETiTioner, Ineffective Assistance of Counsel

  Authorities to Point and Error Three: PETiTioner Complaints that his Due Process Rights were violated under his Fourteenth Amendment of the United STates Constitution. That PreTrial Motions were Set and Filed on July 17, 2014. As PETiTioner Contends That Trial was Set for SeptioSr 2014. PETiTioner Wishes To bring all Matters disclosed into The Light in his Said 11.07 Writ of Habeas Corpus and his Said Memorandum and Brief. PETiTioner Prays That The Judges of THe Honorable Court of Court of Criminal Appeals of TEXAS, Grant his Said Petition For Discretionary review. To Correct all Three Points of Error in Ground One. As Petitioner Prays he be Granted relief and anything else he May be Entitled To recieve.

Sincerely Manuel Munoz Jr
TDCJ No# 1505156
4250 Garza West
Hwy 202
Beeville TX 78102

To THE CLERK of the Criminal Court of APPEAls of TEXAS
MR ABEL Acosta
P.O. Box 12308
Austin TEXAS 78711


Re: DEAR Mr. Acosta

I PETITIoner, Manuel G Munoz JR request his PETITIon for Discretionary Review For the Following Reason, Three Authorities Point of Errors In Ground one: Illegal Conviction and Sentence For Misdemeanor Failure To STOP and Render Aid "Defective Indictment." Authorities To Point and Error TWO: No Jurisdiction, The District Court had no Jurisdiction. As PETITIoner Contends That he was not Properly Arraigned before a Magistrate Judge for the offense in which were alleged against PETITIoner. Ineffective Assistance of Counsel, Authorities to Point and Error Three: PETITIoner Complaints that his Due, Process Rights were Violated under his Fourteenth Amendment of the United States Constitution. That Pretrial MoTions were filed by In-Effective Assistance of CounseL, On July 17, 2014. As PETITIoner Contends TriaL was Set for September 05, 2014 PETITIoner wishes to bring all Matters disclosed into the Light in his Said 11.07 Writ of Habeas Corpus and his Said Memorandum and Brief. PETITIoner Prays that the Judges of the Honorable CourT of CourT of Criminal APPEAls of TEXAS Grant his Said PETITIon for Discretary Review To Correct all Points of Errors in Ground one, As PETITIoner Prays he be Granted, relief and anything else he Maybe Entitled To Recieve.

Sincerely Manuel D Munoz Jr
TDCJ No# 1505156
4250 Garza West
HWY 202
BEEville TX 78102

To THE clerk of the Criminal Court of Appeals of TEXAS
Mr. ABEL Acosta
P.O. Box 12308
AusTin TEXAS 78711

Re: DEAr Mr. Acosta

I PETitioner Manuel G Munoz JR, request his PETiTion for Discretionary Review. For The Following Reasons, Three Authorities Point of Errors, In Ground one: Illegal Conviction and Sentence For MisdeMeanor Failure To STop and Render Aid. "Defective Indictment. Authorities To Point and Error Two! No Jurisdiction, The District Court had no Jurisdiction. As PEtitioner Contends that he was not Properly Arraianed before a Magistrate Judge for The offense in which were alleged against Petitioner. IneffectiVe ASsiSTance of Counsel. Authorities to Point and Error Three! PETiTioner Complaints that his Due Process Rights were violated under his Fourteenth Amendment of the United States Constitution. That PreTrial Motions were Filed by IneffectiVe assistance of CounseL. On July 17, 2014, As PETiTioner Contends Trial was Set for September 05, 2014, Petitioner wishes To bring all Matters disclosed in To the Light in his Said 11.07 Writ of Habeas Corpus and his Said Memorandum and Brief. Petitioner Prays that the Judges of the Honorable Court of Court of Criminal Appeals of TEXAS. Grant his Said PETiTion for Discretionary Review. To Correct all Three Point of Errors in Ground one. As Petitioner Prays he be Granted, Relief and anything else he May be Entitled To Recieve.

Sincerely Manuel D Munoz JR
TDCJ No# 1505156
4250 GArZa WEST
HWY 202
Beeville TEXAS 78102

To. THE Clerk of the Criminal Court of Appeals of TEXAS
Mr. ABEL Acosta
P.O. Box 12308
Austin TEXAS 78711


Re:DEAr Mr. Acosta.


I PETiTion er Manuel G. Munoz Jr., request his PETiTion for Discretionary review, For The Following reasons. Three Authorities Points of Errors, In Ground one: Ineffective Assistance of Counsel Authorities To Point and Error one : Illegal Conviction and Sentence. For Misde Meanor Failure To STop and Render Aid. "Defective Indictment. Authorities To Point and Error Two: NO Jurisdiction, The District Court had no Jurisdiction, As PETitioner Contends that he was not Properly Arraigned before a Magistrate Judge For The offense in which were alleged against PEtitioner. Ineffective Assistance of Counsel, Authorities To Point and Error Three: PEtitioner Complains that his Due-Process Rights were violated Under his Fourteenth Amendment of the United STATES Constitution, ThaT Pre Trial MoTions were Filed, By Ineffective Assistance of CounseL. On July 17, 2014, As Petitioner Contends Trial was set for September 05, 2014, Petitioner wishes To bring all Matters disclosed into The light in his Said 11.07 writ of HAbeas Corpus and his Said Memorandum and Brief, Petitioner Prays that the Judges of the Honorable CourT of Criminal Appeals Grant his Said Petition for Discretionary Review. To Correct all Three Points of Error in Ground one. AS PETitioner Prays he be Granted relief any Thing else he Maybe Entitled To. recieve,

Sincerely Manuel G Munoz Jr
TDCJ No# 1505156
4250 GArza West
Hwy 202
Beeville TEXAS 78102

To: The Clerk of the Criminal Court of Appeals of Texas.
Mr. Abel Acosta
    P.O. Box 12308
    Austin Texas 78711


        Re: Dear Mr Acosta

    I Petitioner, Manuel G. Munoz Jr request his Petition For Discretionary review, For The Following reasons. Three Authorities Points of Errors In Ground One: Ineffective Assistance of Counsel Authorities, To Point and Error One: Illegal Conviction and Sentence, For Misdemeanor, Failure To Stop and Render Aid. "Defective Indictment" Authorities To Point and Error Two: No Jurisdiction. The District Court had no Jurisdiction. As Petitioner Contends that he was not Pro perly Arraigned before a Magistrate Judge For The offense in which were alleged agaist Petitioner. Ineffective Assistance of Counsel.

    Authorities To Point and Error Three: Petitioner, Complains That his His Due Process Rights were Violated. Under his Fourteenth Amendment of The United State Constitution. That PreTrial Motions were Filed By Ineffective Assistance of Counsel, On July 17, 2014, As Petitioner Contends Trial was Set For September 05, 2014. Petitioner wishes To bring all Matters disclosed into The Light in his Said 11.07 writ of Habeas Corpus and his Said Memorandum and Brief. Pititioner Prays That the Judges of The Honorable Court of Criminal Appeals Grant his Said Petition For Discretionary Review. To Correct his Three Points of Errors in Ground one. As Petitioner Prays he be Granted Relief and any- Thing Else That Maybe Entitled and Avaible To. recieve.

                            Sincerely Manuel D Munoz Jr.
                            TDCJ Not# 1505156
                            4250 Garza West
                            HWY 202
                            Beeville Tx 78102

To. The clerk of the Criminal Court of Appeals of Texas
MR. ABEL Acosta
P.O. Box 12308
Austin TX. 78711

02.23.2015

Re: DEAR MR. Acosta

I Petitioner, Manuel G. Munoz Jr. request his Petition For Discretionary Review For The Following reasons. Three Authorites Points of Error In Ground one: Ineffective Assistance of Counsel. Authorities, To Point and Error one: Illegal Conviction and sentence. For Misdemeanor, Failure To stop and Render Aid. Defective Indictment. Authorities To Point and Error Two: No Jurisdiction. The District Court had no Jurisdiction. As Petitioner Contends that he was not Properly Arraigned before a Magistrate Judge For The offense in which were alleged against Petitioner. Ineffective Assistance of Counsel. Authorities To Point and Error Three: Petitione Complains That his Due Process rights were Violated under his Fourteenth Amendment of The United States Constitution. That PerTrinL Motions were Filed by Ineffective Assistances of Counsel. On, July 17.2014. As Petitioner Contends Trial was set For Sept. 05. 2014. Petitioner wishes To bring all Disclosed matters into The light in his said 11.07 Writ of Habeas Corpus and his said Memorandum and Brief. Petitioner Prays That The Judges of The Honorable Court of Criminal Court of Appeals Grant his said Petition for Discretionary review. To Correct his Three Points of Errors in Ground one. As Petitioner Prays he be Granted relief and anything Else That May be Avaible To recieve.

Sincerely Manuel D Munoz Jr
T.D.C.J. No# 1505156
4250 Garza West
Hwy 202
Beeville Tx 78102

To: The clerk of the Court of Court of Criminal of APPEALs of TEXAS

MR. ABEL Acosta
P.O. Box 12308
Austin Texas 78711

Re: DEAr Mr. Acosta                    Date 02-23-2015

   I PETiTioner. Manuel G. Munoz Jr request his PETITion for Discretionary Review For The Following reasons Three Authorities Points of Error. In Ground One: Illegal Conviction and Sentence For The Misdemeanor Failure To STop and Render Aid, 'Defective Indictment Authorities To Point an Error Two! No Jurisdiction, The District Court had no Jurisdiction. As PETITioner Contends That he was not Properly Arraigned before a MAgisTraTe Judge For The offense in which were Alleged against Petitioner. Ineffective Assistance of Counsel Authorities To Point and Error Three: PETITioner Complains that his Due Process Rights were Violated under his fourTeenth Amendment of the United State Constitution. That Pre TriAL MoTions were Filed and That TriAL was Set for September 05-2014 On July 17, 2014 before The Judge of DisTrict Court 437 TH PETITioner wishes To bring all disclosed MATters in To The Light of his Said 11.07 Writ of Habeas CorPus and his Said Memorandum and Brief PETItioner Prays That The Judges of The honorable Court of Court of Criminal APPeals of TEXAS Grant his Said Petition. For DisCretionary Review To Correct all Three Points of Error in Ground one, As PETITion Prays he be Granted relief and anything else That he Maybe EnTitled To Recieve

                    Sincerely Manuel D Munoz Jr
                    TDCJ No# 1505156
                    4250 Garza West Hwy 202
                    Beeville Texas 78102